# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES BATTLE, | : | |
|     Plaintiff | : | |
| | : | CIVIL ACTION |
| v. | : | NO.: 19-0945 |
| | : | |
| WAL-MART STORES, INC., et al., | : | |
|     Defendants | : | |

## ORDER

AND NOW, this 16th day of October, 2019, upon consideration of Defendants' Motion to Transfer Venue (ECF No. 16) and Plaintiff's Response thereto (ECF No. 17), it is hereby ORDERED that said Motion is DENIED.

                                              BY THE COURT:

                                              /s/ C. Darnell Jones, II
                                              C. Darnell Jones, II    J.