# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES BATTLE,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| v. | : | NO.   **19-cv-945** |
| | : | |
| **WAL-MART STORES, INC., et al.,** | : | |
| **Defendants.** | : | |

## O R D E R

**AND NOW**, this   22ND   day of April 2020, upon consideration of Defendants' Motion for Leave to File a Third Party Complaint (ECF No. 34) it is **ORDERED** that the Motion is **GRANTED**.  It is **FURTHER ORDERED** that Defendants shall file the Third-Party Complaint within seven (7) days of the date of this Order.


BY THE COURT:


  /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge